LAW LIBRARY

NO. 30688

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

JEAN R. KIKUMOTO
2010 SEP 16 AM 11: 13
FILED

MICHAEL C. TIERNEY, Petitioner,

vs.

THE HONORABLE DERRICK H. M. CHAN, JUDGE OF THE CIRCUIT
COURT OF THE FIRST CIRCUIT, STATE OF HAWAI'I, Respondent.

ORIGINAL PROCEEDING
(CR. NO. 88-2209 and CR. NO. 89-0024)

ORDER
(By: Duffy, J. for the court[1])

Upon consideration of the motion for reconsideration of the August 27, 2010 order denying the petition for a writ of mandamus,

IT IS HEREBY ORDERED that the motion for reconsideration is denied.

DATED: Honolulu, Hawai'i, September 16, 2010.

FOR THE COURT:

*James E. Duffy, Jr.*

Associate Justice

---

[1] Considered by: Recktenwald, C.J., Nakayama, Acoba, and Duffy, JJ. and Circuit Judge Alm, assigned by reason of vacancy.